# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-cr- 00072-LEW |
| JODY G. MOCZARA | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Receipt of Child Pornography)

On about February 28, 2025, in the District of Maine, Defendant

**JODY G. MOCZARA**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8) using any means and facility of interstate and foreign commerce, and that has been shipped or transported in or affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

### COUNT TWO
### (Receipt of Child Pornography)

On about March 1, 2025, in the District of Maine, Defendant

**JODY G. MOCZARA**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8) using any means and facility of interstate and foreign commerce, and that has been shipped or transported in or affecting commerce by any means, including by computer.

1

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT THREE
### (Distribution of Child Pornography)

On about March 1, 2025, in the District of Maine, Defendant

**JODY G. MOCZARA**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant distributed and attempted to distribute the child pornography using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FOUR
### (Receipt of Child Pornography)

On about March 1, 2025, in the District of Maine, Defendant

**JODY G. MOCZARA**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8) using any means and facility of interstate and foreign commerce, and that has been shipped or transported in or affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FIVE
### (Distribution of Child Pornography)

On about March 1, 2025, in the District of Maine, Defendant

**JODY G. MOCZARA**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant distributed and attempted to distribute the child pornography using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT SIX
### (Possession of Child Pornography)

On about March 4, 2025, in the District of Maine, the defendant,

**JODY G. MOCZARA**

knowingly possessed a cellular mobile device that contained images of child pornography. Specifically, the cellular mobile device contained digital images and video files that depicted sexually explicit conduct and were produced using minors engaging in sexually explicit conduct. Some of the images involved in the offense involved prepubescent minors and minors who had not attained 12 years of age. The images had been shipped and transported in and affecting interstate and foreign commerce; had been shipped and transported using the internet, a means and facility of interstate and foreign commerce; and were produced using materials that had been mailed, shipped,

and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) and 2256(8)(A).

## PRIOR CONVICTION ALLEGATION

The defendant Jody C. Moczara has a prior final conviction relating to production, possession, receipt, mailing, sale, distribution, shipping or transportation of child pornography. On about October 14, 2015, he was convicted of Receipt of Child Pornography in the District of Maine on Docket 2:15-cr-000163-GZS, in violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A). This prior conviction affects the penalty provision for Counts One through Five, pursuant to Title 18, United States Code, Section 2252A(b)(1), and Count Six, pursuant to Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of any the offenses set forth in Counts One through Six of this Indictment, charging violations of 18 U.S.C. § 2252A, the Defendant,

**JODY G. MOCZARA**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (a) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C., Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, or any

property traceable to such property. The property to be forfeited includes, but is not limited to:

(1) A Tracfone Samsung Galaxy A16, model SM-S166V(GP), serial number GPSAS166VCB

If any of the property described above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the Defendant—

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: MAY 8, 2025

5