2:25-cr-00072-LEW

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 MAY -8  A 10: 49

DEPUTY CLERK

# Indictment Synopsis

| | |
|---|---|
| **Name:** | Jody G. Moczara |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1981/44 years old |
| **Violations:** | Count 1: Receipt of Child Pornography |
| | Count 2: Receipt of Child Pornography |
| | Count 3: Distribution of Child Pornography |
| | Count 4: Receipt of Child Pornography |
| | Count 5: Distribution of Child Pornography |
| | Count 6: Possession of Child Pornography |
| **Penalties:** | **Count 1**: If the defendant did not have a prior qualifying conviction, a mandatory minimum term of not less than five years imprisonment, not more than twenty years of imprisonment, <u>and</u> a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class B felony pursuant to 18 U.S.C. § 3559(a)(3). |
| | If the defendant has **a prior qualifying conviction, a mandatory minimum term of not less than fifteen years imprisonment**, up to forty years imprisonment, <u>and</u> a fine of $250,000. |
| | **Count 2**: If the defendant did not have a prior qualifying conviction, a mandatory minimum term of not less than five years imprisonment, not more than twenty years of imprisonment, <u>and</u> a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class B felony pursuant to 18 U.S.C. § 3559(a)(3). |
| | If the defendant has **a prior qualifying** |

conviction, **a mandatory minimum term of not less than fifteen years imprisonment**, up to forty years imprisonment, and a fine of $250,000.

**Count 3**: If the defendant did not have a prior qualifying conviction, a mandatory minimum term of not less than five years imprisonment, not more than twenty years of imprisonment, and a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class B felony pursuant to 18 U.S.C. § 3559(a)(3).

If the defendant has **a prior qualifying conviction, a mandatory minimum term of not less than fifteen years imprisonment**, up to forty years imprisonment, and a fine of $250,000.

**Count 4**: If the defendant did not have a prior qualifying conviction, a mandatory minimum term of not less than five years imprisonment, not more than twenty years of imprisonment, and a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class B felony pursuant to 18 U.S.C. § 3559(a)(3).

If the defendant has **a prior qualifying conviction, a mandatory minimum term of not less than fifteen years imprisonment**, up to forty years imprisonment, and a fine of $250,000.

**Count 5**: If the defendant did not have a prior qualifying conviction, a mandatory minimum term of not less than five years imprisonment, not more than twenty years of imprisonment, and a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class B felony pursuant to 18 U.S.C. § 3559(a)(3).

If the defendant has **a prior qualifying**

| | |
|---|---|
| | conviction, **a mandatory minimum term of not less than fifteen years imprisonment**, up to forty years imprisonment, <u>and</u> a fine of $250,000. |
| | **Count 6**: If any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense did not involve a prepubescent minor or a minor who had not attained the age of 12, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), 18 U.S.C. §3571(b)(3)); this is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>If the defendant has **a prior qualifying conviction, a mandatory minimum term of ten years imprisonment**, up to 20 years imprisonment, <u>and</u> a fine of $250,000. 18 U.S.C. § 2252A(b)(2), 18 U.S.C. §3571(b)(3)). |
| **Supervised Release:** | **Count 1:** At least five years, maximum of life. 18 U.S.C. § 3583(k).<br><br>**Count 2:** At least five years, maximum of life. 18 U.S.C. § 3583(k).<br><br>**Count 3:** At least five years, maximum of life. 18 U.S.C. § 3583(k).<br><br>**Count 4:** At least five years, maximum of life. 18 U.S.C. § 3583(k).<br><br>**Count 5:** At least five years, maximum of life. 18 U.S.C. § 3583(k).<br><br>**Count 6:** At least five years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than three years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| | **Count 2**: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| | **Count 3**: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| | **Count 4**: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| | **Count 5**: Not more than three years. 18 U.S.C. § 3583(e)(3). |
| | However, if, on any count, defendant is required to register under the Sex Offender Registration and Notification Act and commits any criminal offense under Chapter 109A, 110, or 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. See 18 U.S.C. § 3583(k). |
| | **Count 6**: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| | However, if, on any count, defendant is required to register under the Sex Offender Registration and Notification Act and commits any criminal offense under Chapter 109A, 110, or 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. *See* 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Up to life, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 383(h).<br><br>**Count 2**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h).<br><br>**Count 3**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). |

|  |  |
|---|---|
|  | **Count 4**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h).<br><br>**Count 5**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h).<br><br>**Count 6**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be Determined |
| **Primary Investigative Agency and Case Agent Name:** | Special Agent David Fife<br>Homeland Security Investigations (HSI) with the Department of Homeland Security (DHS) |
| **Detention Status:** | Serving a sentence at the Bureau of Prison<br><br>Arrest Warrant sought so that a Detainer can be filed with the Bureau of Prison |
| **Foreign National:** | No. |
| **Foreign Consular Notification Provided:** | No. |
| **County:** | Cumberland |
| **AUSA:** | Anne Yereniuk |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | **Count 1**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $35,000. See 18 U.S.C. § 2259A(a)(2).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a).<br><br>**Count 2**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A). |

|  | |
|---|---|
| | In addition, not more than $35,000. See 18 U.S.C. § 2259A(a)(2).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a).<br><br>**Count 3**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $35,000. See 18 U.S.C. § 2259A(a)(2).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a).<br><br>**Count 4**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $35,000. See 18 U.S.C. § 2259A(a)(2).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a).<br><br>**Count 5**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $35,000. See 18 U.S.C. § 2259A(a)(2).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a).<br><br>**Count 6**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $17,000. See 18 U.S.C. § 2259A(a)(1).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a). |