UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**UNITED STATES OF AMERICA**

v.

**JODY G. MOCZARA**

Case No. 2:25-cr-00072-KFW

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ____ Crime of violence

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

    _____

      ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

         X  Defendant's appearance is required

         X  Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

  X  Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

  ____  Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to present its case for detention.

Date:  July 1, 2025

                              CRAIG M. WOLFF
                              ACTING UNITED STATES ATTORNEY

                              */s/ Anne K. Yereniuk*
                              Assistant United States Attorney
                              United States Attorney's Office
                              100 Middle Street
                              Portland, ME 04101
                              (207) 780-3257
                              Anne.Yereniuk@usdoj.gov