# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-cr-00072-LEW |
| JODY MOCZARA | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendant's Unopposed Motion to Continue, Extend Time for Trial, and to File Pretrial Motions and Waiver of Time Under the Speedy Trial Act (ECF No. 26). The defendant has represented: (1) this matter is on the November trial list with jury selection commencing on November 3, 2025; (2) counsel was appointed to represent Mr. Moczara on or about October 16, 2025; (3) counsel understands the discovery and papers associated with this case are voluminous and will take time to review and go over with Mr. Moczara to determine if there are any pretrial motions that need to be filed and to prepare for trial; (4) defendant moves this Honorable Court to enter an order continuing the deadline for pretrial motions to January 2, 2026, and continue this matter until the February 2026 trial list; and (5) the defendant waives his Speedy Trial rights from October 20, 2025, to January 2, 2026, for motions, and from November 3, 2025, to February 2, 2026, for trial. The government has represented that it does not object to the defendant's motion.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the

1

ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The pre-trial motion deadline is extended through January 2, 2026.

3. This matter shall be removed from the November 3, 2025, trial list and added to the February 2, 2026, trial list.

4. The time period between October 20, 2025, and January 2, 2026, for motions, and November 3, 2025, and February 2, 2026, for trial, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 20th day of October.

/s/ Lance E. Walker
Chief U.S. District Judge